No. 87–7317. WOLFSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7318. DOZIER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–7319. TREADWELL *v.* WITHROW, SUPERINTENDENT, MICHIGAN DUNES CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 87–7321. AARON *v.* GRADDICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–7323. GISRIEL *v.* DEPARTMENT OF EMPLOYMENT AND TRAINING OF MARYLAND ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 87–7325. FILIPAS *v.* WORKMEN'S COMPENSATION OF THE INDUSTRIAL COMMISSION OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–7326. PRUNTY *v.* WALTERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–7327. SEALS, AKA CREWS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–7328. WATERHOUSE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 87–7329. TYDINGS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 87–7330. JONES *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 87–7331. CONTRERAS *v.* NEWTON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 87–7332. HUGHES *v.* HUGHES. Sup. Ct. Ohio. Certiorari denied.

No. 87–7333. SWARTZ *v.* RICKLEFS ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–7336. HINTZ *v.* KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.